THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Floyd, Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2008-UP-578
Submitted October 1, 2008  Filed October
 15, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  John Floyd appeals his conviction of second degree
 criminal sexual conduct with a minor and sentence of twenty years
 imprisonment.  Floyd argues the trial court erred by admitting improper
 character evidence.  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Floyds appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
ANDERSON, WILLIAMS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.